FILED
2/25/2015 9:52:30 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Cecilia Barbosa

ACCEPTED
04-15-00105-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/9/2015 7:07:18 PM
KEITH HOTTLE
CLERK

CAUSE NO. 2014-CI-14969

| | | |
|---|---|---|
| RAPIER FAMILY FOUNDATION | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | BEXAR COUNTY, TEXAS |
| | § | |
| BIG SKY BIRD RESCUE, | § | |
| MAVA HURD and | § | |
| LEONARD IZZO, | § | |
| | § | |
| Defendants. | § | 73rd JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/9/2015 7:07:18 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

Pursuant to rule 25.1 of the Texas Rules of Appellate Procedure, Defendants Mava Hurd and Leonard Izzo file this Notice of Appeal and give notice that Mava Hurd and Leonard Izzo desire to appeal to the Fourth District Court of Appeals (at San Antonio) from the "Order Denying Defendants' Special Appearance" signed on February 5, 2015 by the Honorable Antonia (Toni) Arteaga of the 57th District Court of Bexar County, Texas. A true and correct copy of the February 5, 2015 order is attached hereto as Exhibit A. This is an accelerated appeal (*see* T.R.A.P. 25.1(d)(6) and TEX. CIV. PRAC. AND REM. CODE ANN. § 51.014(a)(7)). This is not a parental termination or child protection case (*see* T.R.A.P. 25.1(d)(6)).

NOTICE OF APPEAL

PAGE 1

Respectfully submitted,

SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.
1301 McKinney Street, Suite 2900
Houston, Texas 77010
(713) 255-4700 – Office
(713) 655-1597 – Fax

Peter C. Blomquist
State Bar No. 00794921
E-mail: pblomquist@shannongracey.com
Joseph W. Spence
State Bar No. 18913500
E-mail: jspence@shannongracey.com
Jonathan R. Briggs
State Bar No. 24006899
E-mail: jbriggs@shannongracey.com

**ATTORNEYS FOR DEFENDANTS**
**MAVA HURD AND LEONARD IZZO**

## CERTIFICATE OF SERVICE

On the 25th day of February, 2015, I electronically submitted the foregoing document with the clerk of the District Court in Bexar County, Texas, using an Electronic Filing System Provider (EFSP). I hereby certify that I have served all counsel and/or pro se parties of record electronically and/or by another manner authorized by Texas Rule of Civil Procedure 21a:

Mr. Tom Thomas
Ms. Beth Ann Blackwood
Thomas & Blackwood LLP
2209 Allen Street
Dallas Texas  75204
E-mail: tt75201@yahoo.com
E-mail: bab75206@yahoo.com
*Attorneys for Plaintiff Rapier Family Foundation*

Mr. Emerson Banack, Jr.
Mr. Roger Kirstein
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, Texas  78212
E-mail: ebanack@langleybanack.com
E-mail: rkirstein@langleybanack.com
*Attorneys for Plaintiff Rapier Family Foundation*

Peter C. Blomquist/Joseph W. Spence/
Jonathan R. Briggs